Case 15-03267 Document 8-1 Filed in TXSB on 12/11/15 Page 1 of 1



ENTERED
01/14/2016

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| BROWN MEDICAL CENTER, INC., | § § | CASE NO. 13-36405 |
| Debtor. | § | Chapter 11 |
| ELIZABETH M. GUFFY, PLAN AGENT, Plaintiff. | § § § § | Adv. No. 15- 03267 |
| vs. | § § | |
| BRENNER EQUITIES GROUP INC. D/B/A BRENNER REAL ESTATE GROUP Defendant. | § § § § | |

## ORDER GRANTING AGREED MOTION TO DISMISS (8)

1. Adversary No. **15- 03267** is **DISMISSED** with prejudice, with each party to bear its respective costs.

2. Adversary No. **15- 03267** is **CLOSED**.

SIGNED this **14th** day of **January**, 201**6**

_____
HON. JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE

5207080v1